UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUCE WILSON and EMINENT ENERGY PROMOTIONS,<br><br>    Plaintiffs,<br><br>v.<br><br>BARBARA BARRA, PAUL O'DONNELL, and LEE HECHT HARRISON,<br>    Defendants. | C.A. No. 05-30067-MAP |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendants Barbara Barra, Paul O'Donnell, and Lee Hecht Harrison LLC ("LHH") submit the following disclosure statement. LHH's parent corporation is Adecco S.A. Moreover, LHH is privately-held and thus no publicly-held company owns 10% or more of its stock.

        Respectfully submitted,

        Barbara Barra, Paul O'Donnell, and
        Lee Hecht Harrison LLC,

        By their attorneys,

        /s/ Thomas Royall Smith
        Thomas Royall Smith (BBO # 470300)
        Amanda S. Rosenfeld (BBO # 654101)
        Jackson Lewis LLP
        75 Park Plaza
        Boston, MA 02116
        (617) 367-0025

Dated: May 13, 2005