UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUCE WILSON and EMINENT ENERGY PROMOTIONS,<br><br>   Plaintiffs,<br><br>v.<br><br>BARBARA BARRA, PAUL O'DONNELL, and LEE HECHT HARRISON,<br>   Defendants. | C.A. No. 05-30067-MAP |

**MOTION OF THE DEFENDANTS TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

  Defendants, Barbara Barra, Paul O'Donnell, and Lee Hecht Harrison LLC move pursuant to Fed. R. Civ. P. 12(b)(6) for Dismissal of Plaintiffs' Complaint for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth more fully in the supporting memorandum.

                Respectfully submitted,

                Barbara Barra, Paul O'Donnell, and
                Lee Hecht Harrison LLC,

                By their attorneys,


                /s/ Thomas Royall Smith
                Thomas Royall Smith (BBO # 470300)
                Amanda S. Rosenfeld (BBO # 654101)
                Jackson Lewis LLP
                75 Park Plaza
                Boston, MA 02116
                (617) 367-0025

Dated: May 13, 2005