## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED

U.S. DISTRICT COURT

| | |
|---|---|
| BRUCE WILSON AND EMINENT<br>ENERGY PROMOTIONS, | |
| PLAINTIFFS | |
| v. | C.A. # 05 – 30067 - MAP |
| BARBARA BARRA, PAUL O'DONNELL<br>AND LEE HECHT HARRISON, | |
| DEFENDANTS | |

**MOTION OF THE PLAINTIFFS TO DISMISS, PURSUANT TO FED. R. CIV. P. 56[C] THE MOTION OF THE DEFENDANTS TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12[B][6]**

*PLAINTIFFS MOVE PURSUANT TO FED. R. CIV. P. 56[C] FOR DISMISSAL OF DEFENDANTS' MOTION BECAUSE THERE EXISTS A GENUINE ISSUE AS TO A MATERIAL FACT THAT DEFENDANTS ARE NOT ENTITLED TO SUMMARY JUDGMENT OR JUDGMENT AS A MATTER OF LAW*

**MOTION OF THE PLAINTIFFS TO DISMISS, PURSUANT TO LR, D. MASS 7.1[A][2] THE MOTION OF THE DEFENDANTS TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12[B][6]**

*PLAINTIFFS MOVE PURSUANT TO LR, D. MASS 7.1[A][2] FOR DISMISSAL OF DEFENDANTS' MOTION BECAUSE COUNSEL AND DEFENDANTS HAVE NOT CONFERRED AND ATTEMPTED IN GOOD FAITH TO RESOLVE OR NARROW THE ISSUES RAISED IN THE COMPLAINT*

**MOTION OF THE PLAINTIFFS TO DISMISS, PURSUANT TO LR, D. MASS 7.1[B][1]**
**THE MOTION OF THE DEFENDANTS TO DISMISS PLAINTIFFS' COMPLAINT**
**PURSUANT TO FED. R. CIV. P. 12[B][6]**

*PLAINTIFFS MOVE PURSUANT TO LR, D. MASS 7.1[B][1] FOR DISMISSAL OF
DEFENDANTS' MOTION BECAUSE OTHER DOCUMENTS SETTING FORTH OR
EVIDENCING FACTS ON WHICH DEFENDANTS' MOTION IS BASED HAVE
FAILED TO BE FILED WITH THE MOTION*

**MOTION OF THE PLAINTIFFS TO DISMISS, PURSUANT TO LR, D. MASS 15.1[A]**
**THE MOTION OF THE DEFENDANTS TO DISMISS PLAINTIFFS' COMPLAINT**
**PURSUANT TO FED. R. CIV. P. 12[B][6]**

*PLAINTIFFS MOVE PURSUANT TO LR, D. MASS 15.1[A] FOR DISMISSAL OF
DEFENDANTS' MOTION BECAUSE COUNSEL AND DEFENDANTS HAVE
FAILED TO ADD PARTIES OF WHOM THEY HAVE ALREADY IDENTIFIED AND
BECOME AWARE*

**MOTION OF THE PLAINTIFFS TO MOVE, PURSUANT TO LR, D. MASS 7.1[D]**

*PLAINTIFFS MOVE PURSUANT TO LR, D. MASS 7.1[D] FOR REQUEST FOR
ORAL ARGUMENT BELIEVING THAT ORAL ARGUMENT WILL ASSIST THE
COURT*

THE GROUNDS FOR THESE MOTIONS ARE SET FORTH MORE FULLY IN THE
SUPPORTING MEMORANDUM.


RESPECTFULLY SUBMITTED,


PLAINTIFF #1

SIGNATURE *Bruce Wilson* prose
DATED __May 26, 2005__

BRUCE WILSON
351 PLEASANT STREET
SUITE B . PMB 352
HAMPSHIRE COUNTY
NORTHAMPTON, MA 01060
413.262.8857 MOBILE


PLAINTIFF #2

SIGNATURE *Bruce Wilson* prose
DATED __May 26, 2005__

EMINENT ENERGY PROMOTIONS
BRUCE WILSON, PRESIDENT
351 PLEASANT STREET
SUITE B . PMB 352
HAMPSHIRE COUNTY
NORTHAMPTON . MA . 01060
413.262.8857 MOBILE


-3 OF 3-