<u>By Overnight Mail</u>
Monday June 27 2005

Office of the Clerk
United States District Court
District of Massachusetts
Federal Building
1550 Main Street
Springfield, MA. 01103

Case #  C.A. 05-30067-MAP
        Wilson v. Barra etal

Office of the clerk:

I have enclosed a copy of a June 23, 2005 letter to the CEO of the corporation which owns my former employer, which in turn, contracted with the defendants in the subject case.

The criminal aspect of my letter directly bears on the basis of my complaint and therefore should be made part of the record. Please advise if I should elevate my request to an order to show cause filing to accomplish this.

— 1 of 2 —

I also have concerns regarding the possible involvement of defendant's Counsel in the alleged cover-up. My hope is not, but for the Record I want my concerns noted for the purpose of acting upon those should current possibilities become reality.

I will await your advices.

Respectfully submitted:

Signed _Bruce Wilson_   dated _Monday June 27, 2005_

Bruce Wilson
Plaintiff Pro Se
351 Pleasant Street
Suite B. PMB 352
Hampshire County
Northampton, MA. 01060
413.262.8857 tel

By overnight mail

Tom Smith, Esq.
Jackson Lewis PC
75 Park Plaza
Boston, MA 02116



6/27/05

MARION D. WALSH
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 6, 2009

— 2 of 2 —

Thursday June 23, 2005

Warren Buffett
Chief Executive Officer
Berkshire Hathaway Inc.
1440 Kiewit Plaza
Omaha, NE 68131

Re: General Reinsurance Corporation:
Allegations of Criminal Conspiracy
to Cover-up Fraudulent Business Activities

Dear Mr. Buffett,

My name is Bruce Wilson. I am a former employee of General Reinsurance Corporation in Stamford, Connecticut. "Deadlines & Commitments", as the song line goes [the artist escapes me at the moment] presents the opportunity to write you concerning a delicate matter. Concurrently, I am required to write you as a precaution to safeguarding the welfare & financial security of my children, for whom I am the sole legal financial provider.

I proceed cautiously, and respectfully, in this matter. I do not intend to void the current severance agreement as that would harm

— 1 of 6 —

the interests of my children. On the other hand, there are compelling reasons for me to communicate my concerns, a behavior that does not appear to be barred by the severance agreement, on condition no disparaging remarks are uttered, faxed, grimaced, emailed, telephoned, spoken or otherwise whispered in secret.

A number of possibilities have been brought to my attention recently, following media reports of the criminal guilty pleas entered in United States District Court by Mr. Houldsworth & Mr. Napier. And, should new information of a similar nature surface in the future, both new possibilities & new probabilities greater than zero percent are likely to be brought to my attention. In other words, a "history" is being uncovered & unfurled that is becoming curiouser & curiouser.

One such intriguing possibility concerns a broader, larger & deeper criminal conspiracy to coverup fraudulent business operations such as those revealed in recent media reports, and those not yet revealed to the public.

— 2 of 6 —

The scheme is not terribly complicated, and on some unethical scale of measurement, one might strain to accept the behavior as logical given the soft reinsurance markets in whose womb the fraud was perpetrated.

To wit: the corporation was well aware of the fraudulent transactions & the large portfolio to which they were managed. A sophisticated scheme was implemented a couple or few years earlier to move knowledge of such fraudulent activities out of the corporation, and permanently silence the keepers of such knowledge by contractual lock down.

To portray the appearance of abiding by all employment laws & statutes, knowledge was identified among employment positions, whereby those positions were systematically eliminated, mainly by arbitrary & compromised budget "cuts". The corporation's Human Resources Department contracted with a professional outplacement firm to move the knowledge (people) out the back door into oblivion, while frittering away valuable human capital.

— 3 of 6 —

one might also find the transfer of an attorney from the Corporation's General Counsel's office to the Human Resources Department, at or prior to the implementation or design of the cover-up scheme, curious. or not.

Some may characterize these comments as irrational, and false. They may be correct. I can only say that I find the comments entirely possible given my training & education at the same hands of those either headed to prison or about to, though I had no involvement.

My interest is of that as one of the positions "eliminated". I see no standing upon which I can void my severance agreement if it was not fraudulently or criminally induced, imposed or forced on me. on the other hand, if the severance agreement was fraudulently or criminally induced, imposed or forced on me, then arguably I may have standing to void the agreement, as may other former employees whose positions were similarly "eliminated" in the scheme.

My only purpose to consider the void is to raise the agreement's terms & conditions to state of the art levels for executives, within the corporation & without, who did so receive. Many have commented that

—4 of 6—

I was foolish to accept the paltry terms & conditions of the severance agreement. I did so at the time on the basis of safeguarding the financial welfare of my four children, on the basis that I trusted the corporation and its officers, and on the basis that the severance agreement did not appear, at the time, based upon my understanding & knowledge, to have been fraudulently or criminally induced, imposed or forced upon me.

These same advisors now comment I am behaving even more foolishly in light of the recent criminal guilty pleas.

So what. I remain foolish in a, maybe, final effort to seek the TRUTH short of a Federal complaint in District Court(s), by appealing to your high level of ethical behavior. Others, including many of my adversaries, may not behave with the same degree of restraint. They are copied.

I haven't a clue as to how to say what to do. I am neither arrogant to tell anyone what to do, much less the richest person in the country known for high ethical standards

— 5 of 6 —

and widely-acknowledged as a legend of superb business success & financial acumen. I believe these attributes and respect you for them. However, one attribute stands out which I admire more than the others, and that is your common sense & wisdom.

So I write to beseech your common sense & wisdom believing you will know how to respond, including no response at all, as is your freedom.

thank you,

Signed ___Bruce Wilson___   dated __June 24, 2005__

Bruce Wilson
351 Pleasant Street
Suite B. PMB 352
Hampshire County
Northampton, MA. 01060
413.262.8857 tel

6/24/05

MARION D. WALSH
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 6, 2009

— 6 of 6 —