**BY NEXT DAY DELIVERY**
TUESDAY JUNE 28, 2005

THOMAS ROYALL SMITH
JACKSON | LEWIS
ATTORNEYS AT LAW
75 PARK PLAZA
BOSTON, MA 02116



RE:     WILSON V. BARRA, ET AL
        CASE NO. C.A. # 05 – 30067 - MAP
        *INVITATION TO SETTLE CURRENT LITIGATION*

DEAR TOM,

AS REQUIRED UNDER LOCAL RULES, PLAINTIFF WILL PERIODICALLY IN GOOD FAITH EXTEND TO DEFENDANTS AN INVITATION TO SETTLE CURRENT LITIGATION.

THIS LETTER IS SUCH A GOOD FAITH INVITATION. PLEASE CONSIDER THIS IN GOOD FAITH AND RESPOND. THANK YOU.

HAVE A NICE DAY,

SIGNED *Bruce Wilson*   DATED *Tuesday June 28, 2005*

BRUCE WILSON
PLAINTIFF PRO SE
351 PLEASANT STREET
SUITE B . PMB 352
HAMPSHIRE COUNTY
NORTHAMPTON . MA . 01060

COPIES TO:
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
FEDERAL BUILDING & COURTHOUSE BUILDING
1550 MAIN STREET
SPRINGFIELD, MA 01103

BARBARA BARRA
EXECUTIVE VICE PRESIDENT
LEE HECHT HARRISON
50 TICE BOULEVARD
BERGEN COUNTY
WOODCLIFF LAKE, NJ 07677

PAUL O'DONNELL
CHIEF EXECUTIVE OFFICER
LEE HECHT HARRISON
50 TICE BOULEVARD
BERGEN COUNTY
WOODCLIFF LAKE, NJ 07677

ZOE HOPKINS
SENIOR VICE PRESIDENT
GENERAL REINSURANCE CORPORATION
695 EAST MAIN STREET
STAMFORD, CT 06901

JOE BRANDON
CEO
GENERAL REINSURANCE CORPORATION
695 EAST MAIN STREET
STAMFORD, CT 06901

## *INVITATION TO SETTLE CURRENT LITIGATION*

RE:　　　　WILSON V. BARRA, ET AL
　　　　　　CASE NO. C.A. # 05 – 30067 - MAP


[ 1 ] _____ YES, INVITATION TO SETTLE CURRENT LITIGATION IS ACCEPTED AT THIS TIME AND THE FOLLOWING ACTIVITIES WILL COMMENCE TO EVIDENCE GOOD FAITH EFFORTS TO NEGOTIATE


[ 2 ] _____ NO, INVITATION TO SETTLE CURRENT LITIGATION IS NOT ACCEPTED AT THIS TIME, ON THE BASIS OF THE FOLLOWING REASONS:


SIGNED_____     DATED_____

**NAME, ADDRESS, TITLE AND TELEPHONE NUMBER:**




**RETURN MAILING ADDRESS**
BRUCE WILSON
PRO SE
351 PLEASANT STREET
SUITE B . PMB 352
HAMPSHIRE COUNTY
NORTHAMPTON . MA . 01060
413.262.8857 TEL