UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRUCE WILSON,
    Plaintiff

v.                         Civil Action No. 05-30067-MAP

BARBARA BARRA, et al.,
    Defendants

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a), I hereby disqualify myself in all proceedings relative to the above captioned matter.

DATE: July 5, 2005

                                               /s/ Kenneth P. Neiman
                                               KENNETH P. NEIMAN
                                               U.S. Magistrate Judge