Wednesday July 6, 2005

Thomas Royal Smith, Esq.
Jackson / Lewis LLP
Attorneys-at-Law
75 Park Plaza
Boston, MA. 02116

Re: Wilson et al v. Lee Hecht Harrison, Barbara Barra, et al
C.U. No. 05-30067. MAP

Dear Tom,

A copy of your recent July 1, 2005 letter to plaintiff pro se is attached. Plaintiff presumes your letter formally responds to plaintiff's invitation for settlement.

Defendants' settlement offer of a net payment of $3,500 (three thousand five hundred dollars) dated July 1, 2005 is unchanged from defendants' previous settlement overtures.

Plaintiff interprets Defendants' July 1, 2005 settlement offer as insulting behavior, obstinate behavior & obstructionist behavior. Sadly, Defendant's evidence no good faith.

- 1 of 2 -

Plaintiff therefore records Defendants' settlement offer dated July 1, 2005 as "NO".

By copy of this letter, plaintiff pro se respectfully requests copy of this letter & all attachments to be formally entered into the case record, by the Clerk of the Court.

Should the Clerk of the Court require plaintiff pro se to submit a formal motion for an Order, to show cause as to why the letter & attachments should not so enlarge the record, then plaintiff pro se will dutifully comply.

Plaintiff pro se awaits the clerk's instructions. Thank you.

Have a nice day,

signed _Bruce Wilson_    dated _Wednesday July 6, 2005_

Bruce Wilson
Plaintiff Pro Se
351 Pleasant Street
Suite B - PMB 352
Hampshire County
Northampton, MA. 01060
413.262.8859 tel

cc: Clerk of the Court
United States District Court
District of Massachusetts
Federal Building
1550 Main Street
Springfield, MA 01103

- 2 of 2 -

Representing Management Exclusively in Workplace Law and Related Litigation

**jackson | lewis**
Attorneys at Law

Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116
Tel 617 367-0025
Fax 617 367-2155
www.jacksonlewis.com

ATLANTA, GA | LOS ANGELES, CA | RALEIGH DURHAM, NC
BOSTON, MA | MIAMI, FL | SACRAMENTO, CA
CHICAGO, IL | MINNEAPOLIS, MN | SAN FRANCISCO, CA
DALLAS, TX | MORRISTOWN, NJ | SEATTLE, WA
GREENVILLE, SC | NEW YORK, NY | STAMFORD, CT
HARTFORD, CT | ORLANDO, FL | WASHINGTON, DC REGION
LONG ISLAND, NY | PITTSBURGH, PA | WHITE PLAINS, NY

July 1, 2005

**BY CERTIFIED MAIL, RETURN**
**RECEIPT REQUESTED**

Bruce Wilson
351 Pleasant Street
Suite B, PMB 352
Northampton, MA 01060

                Re:   *Wilson et al. v. Lee Hecht Harrison et al.*
                      Civil Action No. 05-30067-MAP

Dear Mr. Wilson:

      This Firm is counsel to Lee Hecht Harrison, Paul O'Donnell, and Barbara Barra. Thank you for your letter dated June 28, 2005, in which you express interest in exploring settlement of this matter. Please be advised that Lee Hecht Harrison is willing to provide you with a net payment of Three Thousand Five Hundred Dollars ($3,500) to resolve this case in its entirety. Of course, such payment would be contingent on your withdrawal of the pending action and execution of a mutually-agreeable settlement agreement which would include a release of claims.

      If this offer is acceptable, please advise me in writing. Thank you.

                                    Very truly yours,

                                    JACKSON LEWIS LLP

                                    Thomas Royall Smith

cc:    Richard I. Greenberg