Wednesday July 6, 2005

"Out of Town" Notice: July 17-24, 2005

Clerks of the Court,    05 CV 30067-MAP

My name is Bruce Wilson. I hold positions of plaintiff pro se, defendant & defendant-respondent in various matters pending before your court. This is to advise of my week-long attendance at a professional workshop July 17 to July 24, 2005.

During my attendance at this out-of-state workshop, I will have no resources available with which to conduct emergency litigation issues that may possibly arise in one of the aforementioned matters. Upon my return to Hampshire County, Massachusetts on July 25, 2005, I will move to engage any issues requiring my attention.

Please advise if there is additional information you require of me.

Respectfully submitted,

Signed *Bruce Wilson*   Dated Wednesday July 6, 2005

Bruce Wilson
351 Pleasant Street      413-262-8857 tel
Suite B - PMB 352
Hampshire County
Northampton, MA - 01060

Copies to:


Clerk of the Court
United States District Court
District of Massachusetts
Federal Building
1550 Main Street
Springfield, MA 01103

Wilson et al v. Lee Hecht
Harrison et al
C.V. No. 05-30067-MAP

State of Connecticut
Board of Review
Department of Labor
200 Folly Brook Boulevard
Wethersfield, CT 06109

Board of Review Appeal
2005 Case
Bruce L. Wilson
v. State of Connecticut

Clerk of the Court
United States District Court
Eastern District of New York
Long Island Courthouse
Pro Se Litigation Unit
100 Federal Plaza
Central Islip, NY 11722

Index # 2005-2125
Wilson v. Wisselman, et al

Clerk of the Court
the Supreme Court of the State of New York
400 Carleton Avenue
Central Islip, NY 11722

Index # 2004-3914
Wilson v. Wilson

Clerk of the Court
the Supreme Court of the State of New York
Appellate Division; Second Department
45 Monroe Place
Brooklyn, NY 11201

Index # 2005-00548
# 2005-00552
Wilson v. Wilson
Wisselman v Wilson

Clerk of the Court
United States District Court
Eastern District of New York
Long Island Courthouse
Pro Se Litigation Unit
100 Federal Plaza
Central Islip, NY 11722

Index #2005-1962
Wilson v Roe, et al

Clerk of the Court
United States District Court
Eastern District of New York
Long Island Courthouse
Pro Se Litigation Unit
100 Federal Plaza
Central Islip, NY 11722

Index # 2005-3134*
Wilson v. Pessah, et al

[*Corrected 2.6.05 =
# 2005-3143]

United States Bankruptcy Court
290 Federal Plaza
P.O. Box 9013
Central Islip, NY 11722-9013

Docket # 8-98-08555-mlc
Kestler v Kestler

Docket # 8-98-8657-1-mlc
Francis A. Kestler OCS

State of New York
Grievance Committee For the Tenth Judicial District
150 Motor Parkway
Suite 102
Hauppauge, NY 11788

File # S-1755-05
Defendant: Michelle J. Pessah

Clerk of the Court
United States District Court
Eastern District of New York
Long Island Courthouse
Pro Se Litigation Unit
100 Federal Plaza
Central Islip, NY 11722

Campbell et al v
Westmoreland Farm Inc.,
et al [1965]