UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRUCE WILSON and EMINENT ENERGY
PROMOTIONS,
        Plaintiff(s)

v.        CIVIL ACTION: 05-30067-MAP

BARBARA BARRA, ET AL
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

    JUDGMENT entered for the Defendants pursuant to the Memorandum and Order of the Court entered this date granting the Defendants' motion to dismiss.

    SARAH A. THORNTON,
    CLERK OF COURT

Dated: August 2, 2005    By /s/ Mary Finn
    Deputy Clerk

(Judgment Civil.wpd - 11/98)    [jgm.]